UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 18-1608-MWF(MRWx)**                              Dated: **April 30, 2018**

Title:      Victoria E. Lucas -v- Michael Kors (USA), Inc. et al

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

            Rita Sanchez                        Lisa Gonzalez
            Courtroom Deputy                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:

            James A. DeSario                    Elizabeth M. Levy
                                                Rosamund M. Lockwood

**PROCEEDINGS:      MOTION FOR ORDER REMANDING TO STATE COURT [12]**

    The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

    Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

                                                Initials of Deputy Clerk   rs
                                    -1-                     :17 min