JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA E. LUCAS, on behalf of herself all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL KORS (USA), INC., a Delaware corporation; DECTON INC., a California corporation; DECTON STAFFING SERVICES, a business entity form unknown and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:18-cv-1608- MWF (MRXx)<br><br>Assigned to Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: December 26, 2017 |

1  Pursuant to the Parties'[1] Joint Stipulation for Dismissal of Entire Action
2  With Prejudice, it is hereby ordered that Plaintiff's individual claims set forth in
3  this action be dismissed, with prejudice, and that her putative class claims be
4  dismissed without prejudice, thereby disposing of this action in its entirety.
5  Each side shall bear their own fees and costs.

7  IT IS SO ORDERED.

9  Dated: March 4, 2021

   _____
   Hon. Michael W. Fitzgerald, Judge of the United States District Court for the Central District of California

---

[1] Victoria Lucas ("Plaintiff"), Michael Kors (USA), Inc., Decton, Inc., Total Placement Solutions, LLC dba Decton LI (erroneously sued as Decton Staffing Services) (collectively, "Defendants") (Plaintiff and Defendants are referred to as the Parties).

1

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
Error! Unknown document property name.